IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| RUFUS J. ANDERSON, | ) Civil Action Number: 6:16-cv-00761-MGL-JDA |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KAREN PATTERSON, | ) |
| MIRANDA B. PIERCE WARE, | ) |
| JOHN SIMMONS, | ) |
| LETITIA VERDIN, | ) |
| DAVID FISHER, | ) |
| ALEX KINLAW, | ) |
| PATRICA FULLER, and | ) |
| E. F. IRICK, | ) |
| | ) |
| Defendants. | ) |

**<u>DEFENDANT FULLER'S MOTION FOR EXTENSION OF TIME</u>**

COMES NOW, the federal Defendant, Patricia Fuller, by and through Beth Drake, Acting United States Attorney, and the undersigned Assistant United States Attorney, and moves pursuant to Fed. R. Civ. P. 6(b) for an order extending the time to file an Answer or otherwise respond to the Complaint in this matter. Defendant Fuller is the Director of EEOC's Greenville Local Office. The United States makes this Motion in the interest of judicial economy and in order to preserve federal resources.

Defendant Fuller and the United States Attorney's Office for the District of South Carolina were served with the summons and complaint on or about April 28, 2016. Defendant Fuller's response is currently due June 27, 2016. Defendant Fuller requests a fifteen (15) day extension of time. Individual defendants sued in their official capacity are entitled to seek representation by the United States. 28 C.F.R. § 50.15. Defendant Fuller requested representation from the Department of Justice and the request was granted on June 21, 2016. In

that representation has only been recently authorized, Defendant Fuller requests a brief extension until July 12, 2016.

Pursuant to local rules, prior consultation is not required in *pro se* cases. The undersigned certifies that this request is made in good faith and not for purposes of delay.

        Respectfully submitted,

        BETH DRAKE
        ACTING UNITED STATES ATTORNEY

By:   *s/Barbara M. Bowens*
        Barbara M. Bowens (#4004)
        Assistant United States Attorney
        1441 Main Street, Suite 500
        Columbia, SC   29201
        Phone:   (803) 929-3052
        Email:   Barbara.Bowens@usdoj.gov

June 23, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| RUFUS J. ANDERSON, | ) Civil Action Number: 6:16-cv-00761-MGL-JDA |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KAREN PATTERSON, | ) |
| MIRANDA B. PIERCE WARE, | ) |
| JOHN SIMMONS, | ) |
| LETITIA VERDIN, | ) |
| DAVID FISHER, | ) |
| ALEX KINLAW, | ) |
| PATRICA FULLER, and | ) |
| E. F. IRICK, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that she has caused service of the attached **DEFENDANT FULLER'S MOTION FOR EXTENSION OF TIME** by a legal assistant employed in the Office of the United States Attorney for the District of South Carolina and is a person of such age and discretion as to be competent to serve papers.

That on June 23, 2016, my legal assistant served copies of the foregoing documents via the court's e-noticing system or, if that means failed, by placing said copies in a postpaid envelope addressed to the person hereinafter named, at the place and address, and by depositing said envelope and contents in the United States Mail at United States Attorney's Office, 1441 Main Street, Suite 500, Columbia, South Carolina 29201, to the following:

Rufus Julius Cornelius Anderson
Greenville County Detention Center
20 McGee Street
Greenville, SC   29601

                                                *s/Barbara M. Bowens*
                                                Barbara M. Bowens (#4004)
                                                Assistant United States Attorney